ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8·2·12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

JOHN WILEY & SONS, INC.,             :

              Plaintiff,   :

     -against-                    :        12 Civ. 5610 (LLS)

JOHN DOE NOS. 1-19,                  :

              Defendants.  :

- - - - - - - - - - - - - - - - x

ORDER AUTHORIZING THE ISSUANCE
OF SUBPOENAS ON CERTAIN INTERNET SERVICE
PROVIDERS TO DETERMINE THE IDENTITY OF DEFENDANTS

      Upon the application of plaintiff John Wiley & Sons, Inc., for an order pursuant to Rule 26(d) of the Federal Rules of Civil Procedure allowing service of subpoenas on the following Internet Service Providers: Comcast Cable Communications; CSC Holdings LLC (Optimum Online®); Frontier Communications of America, Inc.; RCN Corporation (Neustar, Inc.); TelePacific Communication; Time Warner Cable, Inc. (Roadrunner Holdco LLC); and Verizon Online LLC to ascertain the identity and location of defendants John Doe Nos. 1-19 and good cause for that relief appearing, it is hereby

      ORDERED, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, that plaintiff may serve the

annexed subpoenas on the ISPs, and that the ISPs are directed to disclose the requested information pursuant to 47 U.S.C. § 551(c)(2)(B).

Dated:   New York, New York
         August ⎵, 2012

_____
Louis L. Stanton
U.S.D.J.

2