UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
JOHN WILEY & SONS, INC.,          :

              Plaintiff,    :

    -against-                     :     12 Civ. 5610 (LLS)

JOHN DOE NOS. 1-19,               :

             Defendants.   :
- - - - - - - - - - - - - - - - - x

VOLUNTARY DISMISSAL OF CLAIMS

John Wiley & Sons, Inc., hereby dismisses all claims against defendants John Doe Nos. 1-19 asserted in this action without prejudice and without costs.

Dated:   New York, New York
        May 22, 2013

**SO ORDERED:**

_Louis L. Stanton_
U.S.D.J.
5/28/13

DUNNEGAN & SCILEPPI LLC

By _Ben Liebowitz_
  William Dunnegan (WD9316)
  wd@dunnegan.com
  Benjamin Liebowitz (BL1723)
  bl@dunnegan.com
Attorneys for Plaintiff
  John Wiley & Sons, Inc.
350 Fifth Avenue
New York, New York 10118
(212) 332-8300